UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF00350 (rev 05/2009)

In Re:
   Kyle Bradley Shelley
      SSN: xxx–xx–4772    EIN: NA
   Amanda Susan Shelley
      SSN: xxx–xx–6541    EIN: NA
     aka Amanda Susan Porter
Debtor(s)

Case Number:
**09–01413–FJO–7A**

## FINAL DECREE

The estate of the above–named debtors has been fully administered.

IT IS THEREFORE ORDERED that Jenice Golson–Dunlap is discharged as trustee of the estate.

Dated:    May 9, 2011

JUDGE FRANK J. OTTE
U.S. BANKRUPTCY COURT